# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JAMES R. MILLER, D.D.S., P.A.,**

      **Plaintiff,**

  **v.**

**UNITED STATES,**

      **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**No. 15-1435T**
**Filed: December 31, 2019**

## O R D E R

The court is in receipt of the parties' December 31, 2019 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

                                                s/Marian Blank Horn
                                              **MARIAN BLANK HORN**
                                                           **Judge**